# The Law Office of
# ANTHONY M. GRANDINETTE

### 114 Old Country Rd. Suite 420 • Mineola, NY 11501

**Mirel Fisch**
Admitted in New York/New Jersey

Of Counsel:
**Paul Casteleiro**
New Jersey

Telephone: (516) 877-2889
Facsimile: (516) 294-5348
Email: Grandinettelaw@gmail.com

Honorable Diane Gujarati
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

August 10, 2023

Re:    Rodgers v. Inc. Village of Freeport, et al.
          Docket No.: CV-22-06944(JMW)(DG)

Dear Judge Gujarati:

I am co-counsel to plaintiff, Akbar Rodgers, in the above referenced action.

I am pleased to report that the parties have resolved all the open issues and are proceeding with Plaintiff's federal claims in state court. Accordingly, attached hereto is a proposed Stipulation and Order of Voluntary Dismissal for Your Honor's signature if acceptable to the Court.

Respectfully submitted,

Anthony M. Grandinette

AMG/mk
cc: All parties via ECF and Email